# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR1259-CAB |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL AND BOND EXONERATION** |
| v. | |
| RICARDO GARCIA-VILLAFUERTE, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed without prejudice as to defendant Ricardo Garcia-Villafuerte.

IT IS FURTHER ORDERED the bond for the defendant is exonerated.

**IT IS SO ORDERED.**

DATED: September 3, 2020

_____
HON. CATHY ANN BENCIVENGO
United States District Judge